AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

APPEARANCE

v.

CORREZ(?)CO OSORIO

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for CORREZCO OSORIO

I certify that I am admitted to practice in this court.

12-12-05

*Date*

*Signature*

*Print Name* *Bar Number*

3581

*Address*

60 Ple... St

*City* *State* *Zip Code*

Providence RI 02907

*Phone Number* *Fax Number*

401-709-4617

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.