1101569

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
DEC 12 2005
US MARSHALS
RHODE ISLAND

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

CORNELIO OZORIO

## WARRANT FOR ARREST

CASE NUMBER: 1:05M153A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CORNELIO OZORIO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE 5 KILOS OR MORE OF COCAINE; POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1)&(b)(1)(A); 841(a)(1)&(b)(1)(B)

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

12-12-2005 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by DEA | | |
| DATE RECEIVED 12/12/2005 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 12/11/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.