AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

CORNELIO OZORIO

APPEARANCE

CASE NUMBER: CR05-137-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant, Cornelio Ozorio

I certify that I am admitted to practice in this court.

12-16-05
*Date*

*Signature*

Ramon M. Diambroso 3581
*Print Name* *Bar Number*

160 Plainfield Street
*Address*

Providence RI 02908
*City* *State* *Zip Code*

401-709-4601
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.